**FULL NAME:** Warren A. Nelson

**COMMITTED NAME (if different):** Warren A. Nelson

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** CCI P.O. Box 1906 TEHachapi CA 93581

**PRISON NUMBER (if applicable):** AC5219 / 12/133 B16

RDDJ

**FILED**
CLERK, U.S. DISTRICT COURT
12/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Warren A. Nelson

PLAINTIFF,

v.

CDCR - Inmate Hotton
CDC# BP9520

DEFENDANT(S).

**CASE NUMBER:** 5:25-cv-03625-JLS-KS

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

---

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 1 of 6

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes   ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes   ☒ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed?  ☐ Yes   ☒ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Warren A. Nelson__
(print plaintiff's name)
who presently resides at __CCI P.O. Box 1902 Tehachapi, CA 93581__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__Kern Valley State Prison__
(institution/city where violation occurred)

---
CV-66 (7/97)  CIVIL RIGHTS COMPLAINT  Page 2 of 6

on (date or dates) __8-7-25_____, _____, _____
                        (Claim I)              (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Inmate Holton CDCR# BP9570__ resides or works at
   (full name of first defendant)
   __Kern Valley State Prison__
   (full address of first defendant)
   __Inmate__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   ~~I was~~ I was Battered By The Inmate

2. Defendant __CDCR Staff (in)__ resides or works at
   (full name of first defendant)
   __Kern Valley State Prison__
   (full address of first defendant)
   __Correctional Officers__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   ~~Did lot in the c/o in the tower let Inmate Holton BP9570 out to use the phone & He had phone restrictions & He Battered Me~~

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

---

CIVIL RIGHTS COMPLAINT                                       Page 3 of 6

CV-66 (7/97)

4. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

My Rights As A Inmate In CDCR

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Please see Attached Documentation its CDCR 602-1/ 1824 of 01/25 & Restricted Housing unit Notice

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

---

CV-66 (7/97)         CIVIL RIGHTS COMPLAINT         Page 5 of 6

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Compensation Due To Battery & Release From CDCR Because of Negligence of Staff its That Process A life Threatying Situation While A Injured Inmate is Incarcerated IN A Controled Invironment That Is Suppose To Be Safe

12-19-25
(Date)

_(Signature of Plaintiff)_

STATE OF CALIFORNIA　　　　　　　　　　　　　　　　　　　　DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE / REASONABLE ACCOMMODATION REQUEST**
CDCR 602-1 / 1824 (01/25)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

| NAME (Print)   (LAST NAME)   Nelson   (FIRST NAME) Warren | CDCR NUMBER  AC5269 |
|---|---|
| INSTITUTION OR PAROLE REGION   MCSP | HOUSING AND BED NUMBER  A-5-106 |

\*\*\* YOU CAN NOW FILE A GRIEVANCE OR REQUEST A REASONABLE ACCOMMODATION BY COMPLETING THIS FORM \*\*\*

If you are submitting a grievance, an allegation of staff misconduct, or an allegation of disability-based discrimination, please complete the section below and sign and date the form.

**GRIEVANCE (CDCR 602-1)**
Please describe your complaint. Include the names of all those who were involved; any attempts to informally resolve the issue; and any related log numbers for documents in your central file.

Date of Event, if known: 8-7-25　　　　　Time of Event, if known: 10:00 to 10:45
Location of Event, if known: MCSP
Describe your complaint: On 8-7-25 I was Battered By Inmate Holton BP9520 As C yard staff watche Also its on video. Auss. I would like To Press Charges on Inmate Holton BP9520

If you need more space, continue on the back of this form

If you are requesting assistance or an accommodation so you can access or participate in a program, service, or activity, or want to report the removal or denial of an accommodation due to disability-based discrimination, please complete the section below and sign and date the form.

**REASONABLE ACCOMMODATION REQUEST (CDCR 1824)**
Please answer the following questions:

1. What can't you do / What is the problem?

2. Why can't you do it?

3. What do you need?

If you need more space, continue on the back of this form

Your Signature: _____　　　　　Date Signed: 9-3-25

**STAFF USE ONLY**
Date Received: SEP 05 2025　　OOG　　Log Number: 799142

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**GRIEVANCE / REASONABLE ACCOMMODATION REQUEST**

CDCR FORM 602-1 / 1824 (1/25)

Page 2 of 2

Use this side of the form as a continuation page for a grievance, a reasonable accommodation request, or both

# CALIFORNIA DEPARTMENT of Corrections and Rehabilitation

## RESTRICTED HOUSING UNIT PLACEMENT NOTICE

| INSTITUTION NAME | INMATE'S NAME | CDC NUMBER |
|---|---|---|
| CMC-Facility B | NELSON, WARREN A. | AC5219 |

### REASON(S) FOR PLACEMENT (PART A)

[✓] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[ ] ENDANGERS INSTITUTION SECURITY    [ ] RETAINED IN RHU AS NO BED AVAILABLE IN GENERAL POPULATION

**DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:**
This Restricted Housing Unit (RHU) Placement Notice is being generated because the initial reason for segregation has been resolved, but additional circumstance(s) exist warranting continued RHU placement.

You were initially placed into RHU on 08/07/2025 at KVSP for ENEMY CONCERNS. Specifically, on the above-mentioned date you were the victim of a battery. Facility C staff observed Inmate HOLTON BP9520 batter you in Facility C Building 8 C-Section dayroom. When given the opportunity to sign a compatibility chrono you refused and stated you could no longer program on Facility C.

Your retention in RHU remains necessary due to case factors inconsistent with your release to the California Men's Colony (CMC) General Population (GP). Specifically, you have a Level 4 Placement Score, CMC is not a designated Level 4 Institution, and CMC housing units do not have internal armed coverage. Based on your recent serious violent misconduct, you are unable to safely program at lesser restrictive environment than otherwise consistent with your case factors. Specifically, You require placement at a more restrictive institution where the security is higher than placement within the CMC G is able to provide and your release to the CMC GP would endangering the safety of the Non-Designated Inmates housed therein. As such, you present an ongoing threat to the safety and security of the institution. CMC does not meet your safety and security needs. Based on this you are considered a threat to the safety and security of the Institution. You are scheduled to appear before ICC. ICC will review your case factors to determine the appropriateness of RHU retention, pending disciplinary matters, and/or your future program and housing/placement considerations. You will have the opportunity to participate in this hearing and should be prepared to discuss your disciplinary history, enemy situations (if any), and any other issues which might affect ICC's decision. Your credit earning, custody level, work group, privilege group, and visiting status are subject to change. ICC WILL CONDUCT AN INITIAL RHU REVIEW AND POSSIBLE RHU EXTENSION PENDING COMPLETION OF POSSIBLE TRANSFER.

A review of SOMS / ERMS / DECS reflects the following information:
Current DDP: NDD
Curr. MH LOC: EOP
TABE (Read): 8.7
DPPV: DNM
LEARNING DISABILITY: N/A
Housing Restrictions: Lower/Bottom Bunk Only
DME: CANES, NIGHT GUARD.
HOUSING: 4124.

[ ] IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED:

| DATE OF RHU PLACEMENT | AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 08/15/2025 | I. Hutto | I. Hutto | CCII |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING RHU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 08/15/2025 | 15:00:00 | I. Hutto | [signature] | CCII |

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER AC5219

### ADMINISTRATIVE REVIEW (PART B)
The following to be completed during the administrative review by Captain or higher on the first working day following placement

| STAFF ASSISTANT (SA) | | | INVESTIGATIVE EMPLOYEE (IE) | | |
|---|---|---|---|---|---|
| IS THIS INMATE: | | | | | |
| LITERATE? | ☒ YES | ☐ NO | RHU IS FOR DISCIPLINARY REASONS | ☒ YES | ☐ NO |
| FLUENT IN ENGLISH? | ☒ YES | ☐ NO | EVIDENCE COLLECTION BY IE IS UNNECESSARY | ☒ YES | ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☒ YES | ☐ NO | INMATE DECLINED ANY IE | ☐ YES | ☒ NO |
| FREE OF MHSDS NEEDS? | ☐ YES | ☒ NO | DECLINED FIRST IE ASSIGNED | ☐ YES | |
| DECLINED FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | | | |
| Any "NO" requires SA assignment | ☐ NOT ASSIGNED | | Any "NO" may require IE assignment | ☒ NOT ASSIGNED | |

| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|
| ASSIGNED CASEWORKER | CCI | | |

**INMATE WAIVERS**

☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER

☒ NO WITNESSES REQUESTED BY INMATE

| INMATE SIGNATURE | CDC NUMBER AC5219 | DATE |
|---|---|---|

**WITNESS REQUESTED FOR ICC HEARING**

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:**
☐ RELEASE TO UNIT/FACILITY
☐ RETAIN PENDING ICC REVIEW
☐ DOUBLE CELL
☐ SINGLE CELL PENDING ICC

*N/A Retention*

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | ADMINISTRATIVE REVIEWER'S SIGNATURE | REVIEW DATE | TIME |
|---|---|---|---|---|

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary - same date of review) | CO-SIGNATURE | DATE OF REVIEW |
|---|---|---|

Warren A. Nelson
AE521 a P.O. #1137316
SCI
P. Box 1902
Tehachapi, CA 93581

NEW CV

Attn: The Clerk
United State District Court
Central District of California
255 E. Temple St. Suite
TS-134 Los Angeles CA
90012

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 29 2025
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

PRINT NAME: A. Rodriguez
SIGNATURE: [signature]
BADGE #: 98613
DATE: 12-24-25

*This envelope is sent as Uncensored, Privileged, and Confidential mail. If the contents do not pertain to the addressee or is not of a privileged...*